479 A.2d 1133

Commonwealth v. Friel, Appellant.

Petition for Allowance of Appeal
Denied Nov. 5, 1984.

Submitted April 16, 1984. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.